UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

JENNIFER MILLER, MITCHELL MARK, *and*
MATRINA MORRISON,                                    Case No. 2:17-cv-05045-JFB-
                                                     ARL

             *Plaintiffs*,

v.                                                   NOTICE OF APPEARANCE

MERCHANT SOURCE INC., *and* TONI AUGUST,
KEITH VERDEE, *and* GARY BAKER, *individually*,

             *Defendants*.

-------------------------------------------------------------------------x


TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that, Ryan Gentile, an attorney from the law firm Law Offices
of Gus Michael Farinella, PC, hereby enters his appearance as Counsel for all Defendants, in the
above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: January 17, 2018
        Floral Park, NY

                        Law Offices of Gus Michael Farinella PC

                              /s/ Ryan Gentile
                        By:_____
                              Ryan Gentile, Esq.
                              110 Jericho Turnpike – Suite 100
                              Floral Park, NY 11001
                              516-326-2333
                              rlg@lawgmf.com

                              Attorneys for Defendants
                              Merchant Source, Inc., Toni August
                              Keith Verdee, and Gary Baker

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2018, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service, upon the following parties and participants:

Walker G. Harman, Jr.
The Harman Firm P.C.
220 Fifth Avenue – Suite 900
New York, NY 10001
wharman@theharmanfirm.com

Edgar Mikel Rivera
The Harman Firm, PC
220 Fifth Avenue – Suite 900
New York, NY 10001
erivera@theharmanfirm.com

/s/ Ryan Gentile

_____
Ryan Gentile, Esq.